**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

COREY DESHUN HALL                                                                PLAINTIFF

v.                                              4:18CV00837-JM-JJV

WYNNE, Deputy,
Pulaski County Detention Facility                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      The Complaint (Doc. No. 1) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted.

2.      Dismissal is a strike, as defined by 28 U.S.C. § 1915(g).

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(1)(3), that an *in forma pauperis* appeal from this Order[s] and the accompanying Judgment would not be taken in good faith.

Dated this 25th day of January, 2019.


_____
UNITED STATES DISTRICT JUDGE

1