# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

COREY DESHUN HALL                                                      PLAINTIFF

v.                              4:18CV00837-JM-JJV

WYNNE, Deputy,
Pulaski County Detention Facility                                 DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED without prejudice and this case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 25th day of January, 2019.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE